AO 240A

# UNITED STATES DISTRICT COURT

## District of New Jersey

MILTON EVANS,

                    Plaintiff                    ORDER ON APPLICATION
                                                 TO PROCEED WITHOUT
         V.                                      PREPAYMENT OF FEES

THE HERTZ CORPORATION,                           Case Number: 11-1930(FSH)

                    Defendant


Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint,  and

☒    IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.


☐ DENIED, for the following reasons:

_____

_____

_____


☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this __15th__ day of __April__, 2011

_____
Signature of Judicial Officer

Hon. Faith S. Hochberg, USDJ
_____
Name and title of Judicial Officer